AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District: Rhode Island | |
|---|---|---|
| Name: James R McKinney | Prisoner No.: 60019 | Case No. |
| Place of Confinement: Rhode Island Adult Correctional Institution | | |
| Name of Petitioner (include name under which convicted): James J McKinney, Pro/Se | V. Name of Respondent (authorized person having custody of petitioner): Ashbell T.Wall Director A.C.I. R.I. | |
| The Attorney General of the State of: Rhode Island | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack Providence Superior Providence,R.I.

2. Date of judgment of conviction February 15,1995

3. Length of sentence 60 years, 40 to serve + 20 Suspended

4. Nature of offense involved (all counts) Six Counts; three (3) counts assault with dangerrous Weapon. one (1) count assault with intent.one (1) count carrying a firearm previous conviction. one (1) count first degree robbery.

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☐
   - (c) Nolo contendere ☒

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court ______

(b) Result ______

(c) Date of result and citation, if known ______

(d) Grounds raised ______

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court ______

(2) Result ______

(3) Date of result and citation, if known ______

(4) Grounds raised ______

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court ______

(2) Result ______

(3) Date of result and citation, if known ______

(4) Grounds raised ______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court Providence Superior Court

(2) Nature of proceeding Motion to Reduce Sentence

(3) Grounds raised Request for Leniency based on Mr McKinney's effect toward rehabilitation in prison and hard ships faced by his family

AO 241 (Rev. 5/85)

due to his Incararation.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒ No ☐

(5) Result Motion Denied

(6) Date of result 19 July 1995

(b) As to any second petition, application or motion give the same information:

(1) Name of court Providence Superior Court

(2) Nature of proceeding Application for Post-Conviction Relief

(3) Grounds raised Sentence violated prohibition against cruel and unusaul punishment because it was grossly disproportionate both to the crime committed and to the sentence meted out to other whom committed the same crime.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒ No ☐

(5) Result Application granted,Sentence Reduced (to 25years to serve).

(6) Date of result November 14,2001

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☒ No ☐ State Vs McKinney 705 A2d 1379
(2) Second petition, etc. Yes ☐ No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
The R.I. State Attorney General appealed; appeal granted by R.I Supreme Court,Reversing lower Court decision in state Vs McKinney,843 A2d 463 (2004).

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self–incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Plea of Nolo contendere was unlawfully coerced by the Court.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner plead Nolo Contendere to lesser crimes for a lesser sentence of 20 years as agreed upon by Prosecution and petitioner; However Judge refused to institute Said agreement and told Petitioner either to take the Judge sentence of 40 years or recieve Life after trial. Petitioner felt he had no choice but to take the deal.

B. Ground two: Sentence violates the 8th Amendment of the U.S. Constitution because it is grossly disproportionate.

Supporting FACTS (state *briefly* without citing cases or law) The harsh sentence was grossly disproportionate to the severity of the crime, which was simply a "hold up" with no injuries.No aggravating factors are present as the incontradicted evidence at trail demenstrated, The sentence had no basis to be enhanced.

AO 241 (Rev. 5/85)

C. Ground three: The nolo plea did not constitute a waiver of the right to be free from excessive punishments.

Supporting FACTS (state *briefly* without citing cases or law) Although Petitioner did enter into a plea bargain, his 8th amendment right to be free of cruel and unusual punishment is not waivable by a plea bargian.

D. Ground four: Petitioner's sentence violates Art1,§8 of the R.I.Constitution since it is disproportionate.

Supporting FACTS (state *briefly* without citing cases or law) The R.I. Supreme Court interpreted Art 1§8 differently in my case than it has in the past.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing John Hardiman 100 North Main St.Providence,R.I. 02902 (Public defender).

(b) At arraignment and plea Same as (a)

AO 241 (Rev. 5/85)

(c) At trial Same as (a)

(d) At sentencing Same as (a)

(e) On appeal N/A

(f) In any post–conviction proceeding Judith Crowell 127 Dorrance St,Providence,R.I02903

(g) On appeal from any adverse ruling in a post–conviction proceeding Catherine Gibran 100 North Main St Providence,R.I. 02903 (Public defender).

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-28-04
(date)

James McKinney
Signature of Petitioner