UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JAMES R. MCKINNEY** | : | |
| | : | |
| **v.** | : | **CA 05-001S** |
| | : | |
| **ASHBEL T. WALL and** | : | |
| **STATE OF RHODE ISLAND** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying supporting memorandum, respectfully moves to dismiss plaintiff's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a person in State Custody."

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 28th day of January, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James R. McKinney, pro-se, at his last known address of P.O. Box 8274, Cranston, RI 02920.

FILED
05 JAN 28 P 3:48

(3)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES R. MCKINNEY** | : | |
| | : | |
| **v.** | : | **CA 05-001S** |
| | : | |
| **ASHBEL T. WALL and STATE OF RHODE ISLAND** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

**I. Relevant Travel**

On February 15, 1995, Petitioner pled *nolo contendere* in the Providence (Rhode Island) County Superior Court (Bourcier, J.) to the robbery, assault with intent to commit robbery, assault with a dangerous weapon, and carrying a firearm following a previous conviction for a crime of violence charges alleged in Indictment P1-94-1654, in consideration for a cumulative sentence of sixty-years imprisonment, forty to serve, the balance suspended for a twenty-year probationary term. Petitioner's Super.R.Crim.P. 35 motion to reduce sentence was heard and denied by Justice Bourcier on July 19, 1995. His subsequent appeal of that denial was denied and dismissed by the Rhode Island Supreme Court in a December 15, 1997 Order reported at 705 A.2d 1379 (R.I. 1997). Subsequent to that denial of petitioner's challenge to the Superior Court's rejection of his motion to reduce sentence, he filed in the Superior Court a May 2001 application for post-conviction relief (G.L. 1956 (1997 Reenactment) § 10-9.1-1 *et seq.*), challenging his forty-year sentence to serve on the asserted ground that it constituted "cruel and unusual" punishment in violation of the Eighth Amendment because, according to petitioner, it was

"seriously disproportionate" to the sentences other similarly situated individuals had received. At length, the Superior Court Formal and Special Cause Calendar Justice (Fortunato, J.) granted Petitioner's post-conviction relief application, finding the forty-year sentence "manifestly excessive" under the Eighth Amendment, and reducing it to twenty-five years. The State of Rhode Island then timely appealed this determination, and, in a February 4, 2004 opinion reported at 843 A.2d 463, the State Supreme Court "reverse[d] the judgment of the Superior Court[,] vacate[d] the reduction in sentence and reinstate[d] the original plea agreement" (*id.* at 473-74.)

**II. Plaintiff's Instant 28 U.S.C. § 2254 Petition Is Time-Barred**

28 U.S.C. § 2244 provides, as to "an application for a writ of habeas corpus by a person in state custody", for a "1-year period of limitation", which "limitation period shall run", as relevant to the instant case, "from *** the date on which the judgment became final by the conclusion of direct review or the expiration of time for seeking such review[.]" (28 U.S.C. § 2244(d)(1)(A).) Even assuming that Plaintiff's judgment of conviction did not become final until the Rhode Island Supreme Court on December 15, 1997 turned away Mr. McKinney's appeal from the denial of his Superior Court motion to reduce sentence,[1] this instant 28 U.S.C. § 2254 action is long-since time-barred; indeed, Plaintiff did not file his *state* post-conviction relief application until, at the earliest, March of 2001, well-beyond the expiration of the one-year limitation period.

---

[1] In fact, however, it would appear that Mr. McKinney's judgment of conviction became "final" on the date of his plea, February 15, 1995. As this date preceded the enactment of the Antiterrorism and Effective Death Penalty Act, Pub.L. No. 104-132, 110 Stat. 1214 (1996)(AEDPA), he would have had only until April 24, 1997 in which to initiate a Federal Habeas Corpus action. (*See* Gaskins v. Duval, 183 F.3d 8, 9 (1st Cir. 1999)(allowing a one-year grace period beginning on the date of AEDPA's enactment for prisoners whose convictions became final prior to AEDPA).)

(The period between December 15, 1997 and March 2001 is over two-years beyond the one-year limitation period; and, when the period between February 4, 2004 (the date the Rhode Island Supreme Court rendered its decision on Plaintiff's Eighth Amendment contentions) and December 28, 2004 (the date Plaintiff filed the instant 28 U.S.C. § 2254 action) is added to this over-two-year period, the application becomes time barred by an even longer period.)

Because, then, the instant Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is plainly time-barred, the Attorney General would respectfully ask that such Petition be dismissed with prejudice.[2]

[2] Because of the asserted time-bar, the State will note but not discuss at any length that with respect to at least one of the claims raised in Plaintiff's 28 U.S.C. § 2254 application (claim A (that the "plea of Nolo contendere was unlawfully coerced by the Court" (*Petition* at 5))), Plaintiff has failed to exhaust his state remedies, in contravention of 28 U.S.C. § 2254(b)(1)(A)("An application for a writ of habeas corpus on behalf of a person in state custody pursuant to the judgment of a State court shall not be granted unless it appears that *** the applicant has exhausted the remedies available in the courts of the State").

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

____________________________
**AARON L. WEISMAN, #4438**
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

I hereby certify that on the 28th day of January, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James R. McKinney, pro-se, at his last known address of P.O. Box 8274, Cranston, RI 02920.

____________________________

FILED

DOCKET EVENT LISTING

CASE NO.: PM2001 1302 TYPE POST CONVICTION RELIEF
TITLE: JAMES MCKINNEY VS STATE OF RHODE ISLAND
FILING DATE: 02-28-2001 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| MCKINNEY,JAMES | PLF | Pro,Se | AOR |
| STATE OF RHODE ISLAND | BDF | Attorney,General | AOR |

DOC. ID. DATE JUDGE OUTCOME EFFECTIVE DATE

JB 03-15-2001
POST CONVICTION RELIEF
JUDGE BOURCIER IS THE SENTENCING JUDGE
KJS 04-05-2001
ENTRY OF APPEARANCE FILED
Crowell,Judith
JUDITH CROWELL, ESQ. FOR PLF
KJS 04-05-2001
OBJECTION FILED
TO APPLICATION FOR POST CONVICTION RELIEF
KJS 04-05-2001
SCHEDULING
SCHEDULE FOR 5-14-01 FOR PCR BEFORE JUDGE SILVERSTEIN. DEF REMANDED TO ACI.
PAO 05-09-2001
MEMORANDUM FILED
IN SUPPORT OF PETITION FOR POST-CONVICTION RELIEF.
KJS 05-14-2001 Silverstein,Michael A.
POST CONVICTION RELIEF
CONT TO 6-14-01 FOR PCR ON FORMAL CALENDAR. PFI. PLF REMANDED TO ACI.
SAM 05-22-2001
PETITION FILED
AMENDED PETITION FOR POST CONVICTION RELIEF
KJS 06-06-2001
MOTION FOR CONTINUANCE
PAO 06-15-2001
MEMORANDUM FILED
SUPPLEMENTAL IN SUPPORT OF PETITION FOR POSTCONVICTION RELIEF.
KJS 07-16-2001 Nugent,Stephen P
POST CONVICTION RELIEF
CONT TO 7-30-01 FOR PCR. PFI. REMANED TO ACI.
JB 09-10-2001 Fortunato,Stephen J.
POST CONVICTION RELIEF
CONTINUED TO 11-12-01 FOR PCR - PFI - BEFORE JUDGE FORTUNATO AT 2 PM
REMANDED TO THE ACI
JB 10-31-2001
MEMORANDUM FILED
SECOND SUPPLEMENTAL MEMO IN SUPPORT OF PETITION FOR POST CONVICTION RELIEF

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

KJS 11-13-2001 Fortunato,Stephen J.
POST CONVICTION RELIEF
CONT TO 11-14-01 FOR PCR. PFI. REMANDED TO ACI.
KJS 11-14-2001 Fortunato,Stephen J.
POST CONVICTION RELIEF GRANTED
CT 1 25 YRS TO SERVE. 35 YRS SUSP. 35 YRS PROB. CTS 3,4 AND 5 20 YR
S TO SERVE. CONCURRENT. RETRO DATE 1-13-94. REMANDED TO ACI.
JB 11-28-2001
NOTICE OF APPEAL TO SUPREME CT FILED
BY PLF. - FROM ORDER OF 11-14-01 - TRANSCRIPT WILL BE ORDERED
NM 11-29-2001 Fortunato,Stephen J.
ORDER ENTERED GRANTED
MTN FOR POSTCONVICTION RELIEF******SEE ORDER FOR DETAILS******
JB 03-26-2002
OTHER
APPEAL TO SUPREME COURT - CASE, PAPERS ARE REMANDED TO SUPREME COURT
SEE P1-1994-1654AG - POST CONVICTION RELIEF
JB 03-26-2002
CASE CERTIFIED TO SUPREME CT
SF 02-25-2004
CASE RECEIVED FROM SUPREME CT
SUPERIOR COURT JUDGMENT IS REVERSED;REDUCTION OF SENTANCE IS VACATED &
ORIGINAL PLEA AGREEMENT IS REINSTATED; RECORD IS REMANDED
LAK 03-02-2004
MOTION
FOR APPOINTMENT OF COUNSEL
LAK 03-02-2004
PETITION FILED
FOR POST CONVICTION RELIEF FILED.
LAK 03-02-2004
HABEAS CORPUS
NM 03-22-2004
MOTION TO DISMISS
*******NO HEARING DATE******

rue Copy Attest
[signature]
Office of Clerk of Superior Cour
Counties of Providence & Bristo
Providence, Rhode Island

# Criminal Docket Sheet R[illegible]ort

**Case ID:** P1-1994-1654AG **Description:** JAMES REGINALD MCKINNEY
**Filing Date:** 13-JAN-1994
**Original Case ID:** 40809402033
629400582

**Defendant Name:** JAMES REGINALD MCKINNEY **Police Dept:** PAWTUCKET POLICE DEPARTMENT
**BCI#:** 00092366 **Date of Birth:** 18-JAN-1957 **Incarcerated:**

**Address:** 24 C WEST CLIFFORD STREET

PROVIDENCE RI 02907

**PRIVATE ATTORNEY:** JUDITH CROWELL
**PROSECUTOR:** KATE HARDEN

## Charge Information

**Count:** 1 11390010 **ROBBERY**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 60 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 40 Years
**Start:** 13-JAN-1994
**Judge:** JUDGE BOURCIER
**Text:**

**Sentence:** SUSPENDED
**Term:** 20 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:**

**Sentence:** PROBATION
**Term:** 20 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:** TO COMENC ON RELEASE

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:** TO COMENC ON RELEASE; Amount: $20.00

rue Copy Attest
[signature]
Office of Clerk of Superior Cou
Counties of Providence & Brist
Providence, Rhode Island

P1-1994-1654AG

# Criminal Docket Sheet Report

## Charge Information

Sentence: INDEMNITY FUND
Term: 0 Years
Start: 15-FEB-1995
Judge: JUDGE BOURCIER
Text: TO COMENC ON RELEASE; Amount: $600.00

Sentence: PROBATION FUND
Term: 0 Years
Start: 15-FEB-1995
Judge: JUDGE BOURCIER
Text: TO COMENC ON RELEASE; Amount: $1800.00

Sentence: FULL SENTENCE
Term: 60 Years
Start: 14-NOV-2001
Judge: JUDGE FORTUNATO
Text:

Sentence: ORIGINAL SENTENCE MODIFIED
Term: 0 Days
Start: 14-NOV-2001
Judge: JUDGE FORTUNATO
Text:

Sentence: FULL SENTENCE
Term: 60 Years
Start: 14-NOV-2001
Judge: JUDGE FORTUNATO
Text:

Sentence: TERM TO SERVE
Term: 25 Years
Start: 14-NOV-2001
Judge: JUDGE FORTUNATO
Text: retroactive to 1/13/94

Sentence: SUSPENDED
Term: 35 Years
Start: 14-NOV-2001
Judge: JUDGE FORTUNATO
Text:

Sentence: PROBATION
Term: 35 Years
Start: 14-NOV-2001
Judge: JUDGE
Text:

rue Copy Attest

## Charge Information

**Count:** 2 11050012 **ASSLT W/INT ROBBERY**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 20 Years
**Start:** 13-JAN-1994
**Judge:** JUDGE BOURCIER
**Text:** CONCURR W/EACH COUNT

**Count:** 3 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 30 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:** CONCURR W/EACH COUNT

**Sentence:** ORIGINAL SENTENCE MODIFIED
**Term:** 0 Days
**Start:** 14-NOV-2001
**Judge:** JUDGE FORTUNATO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 20 Years
**Start:** 14-NOV-2001
**Judge:** JUDGE FORTUNATO
**Text:** concurrent

**Count:** 4 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 30 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:** CONCURR W/EACH COUNT

**Sentence:** ORIGINAL SENTENCE MODIFIED
**Term:** 0 Days
**Start:** 14-NOV-2001
**Judge:** JUDGE FORTUNATO
**Text:**

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## Charge Information

**Sentence:** TERM TO SERVE
**Term:** 20 Years
**Start:** 14-NOV-2001
**Judge:** JUDGE FORTUNATO
**Text:** concurrent

**Count:** 5 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 13-JAN-1994
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 30 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:** CONCURR W/EACH COUNT

**Sentence:** ORIGINAL SENTENCE MODIFIED
**Term:** 0 Days
**Start:** 14-NOV-2001
**Judge:** JUDGE FORTUNATO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 20 Years
**Start:** 14-NOV-2001
**Judge:** JUDGE FORTUNATO
**Text:** concurrent

**Count:** 6 11470050 **POSS ARMS/CONVICTED VIOL CRIME**
**Offense Date:** 13-JAN-1994
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 15-FEB-1995
**Judge:** JUDGE BOURCIER
**Text:** CONCURR W/EACH COUNT

**Count:** 101 11390010 **ROBBERY**
**Offense Date:** 13-JAN-1994
**Charge Text:**
**Disposition:** TRUE BILL SIGNED

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Charge Information

**Count:** 102 11050010 **ASSLT W/INT COMM SPECIF FELONY**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** DISMISSAL

**Count:** 103 11050010 **ASSLT W/INT COMM SPECIF FELONY**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** TRUE BILL SIGNED

**Count:** 104 11050010 **ASSLT W/INT COMM SPECIF FELONY**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** DISMISSAL

**Count:** 105 11050010 **ASSLT W/INT COMM SPECIF FELONY**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** DISMISSAL

**Count:** 106 11470030 **CARRY WEAPON/CRIME OF VIOLENCE**

**Offense Date:** 13-JAN-1994

**Charge Text:**

**Disposition:** TRUE BILL SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## Bail Information

13-JAN-1994 TYPE OF BAIL SET Bail Type: H/W/O BAIL; Judge/Bail: CAPPELLI

15-JUN-1994 TYPE OF BAIL SET Bail Type: H/W/O BAIL; Judge/Bail: GEMMA

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 13-JAN-1994 | **FELONY INITIAL APPEARANCE**<br>EVENT ACTION COMPLETED<br>EVENT REASON PETITION/RULE 5A<br>DEFT REFERRED PUBLIC DEFENDER | CAPPELLI, FRED |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 15-JUN-1994 | **ARRAIGNMENT** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | PRETRIAL NOTICE ISSUED | |
| 12-JUL-1994 | **MOTION TO COMPEL** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 19-SEP-1994 | **PRE-TRIAL CONFERENCE** | RODGERS, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 11-OCT-1994 | **STATE'S MOTION TO COMPEL** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 13-FEB-1995 | **MOTION TO SUPRESS** | BOURCIER, JUDGE |
| | EVENT ACTION DENIED | |
| | DOCKET NOTE PHOTO ID | |
| 14-FEB-1995 | **MOTION TO SUPRESS** | BOURCIER, JUDGE |
| | EVENT ACTION DENIED | |
| | EXHIBITS WITHDRAWN | |
| | DOCKET NOTE ITEMS SEIZED/DEF DECIDED TO PLEA PRIOR TO TRIAL | |
| 15-FEB-1995 | **TRIAL** | BOURCIER, JUDGE |
| | EVENT ACTION DISP/SENT | |
| | CASE DISPOSED | |
| | DEFN RETRACTS PLEA/NOT GUILTY | |
| | DEFENDANT RE-ARRAIGNED | |
| | PRE-SENTENCE REPORT WAIVED | |
| 15-JUN-1995 | **STATE'S MOTION** | BOURCIER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 26-JUN-1995 | **STATE'S MOTION** | BOURCIER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 05-JUL-1995 | **STATE'S MOTION** | BOURCIER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON THIS CALENDAR | |
| 19-JUL-1995 | **MOTION TO REDUCE SENTENCE** | BOURCIER, JUDGE |
| | EVENT ACTION DENIED | |
| 02-AUG-1995 | **MOTION FOR TRANSCRIPT** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER TO ENTER | |
| | DOCKET NOTE TRANSCRIPTS OF FEB 13-15 | |
| 02-AUG-1995 | **MOTION TO ASSIGN** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 05-SEP-1995 | **MOTION**<br>EVENT ACTION GRANTED<br>DOCKET NOTE TO STAY IN MEDIUM | GEMMA, JUDGE |
| 19-AUG-1996 | **MOTIONS**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | GOLDBERG, JUDGE |
| 26-AUG-1996 | **MOTION FOR TRANSCRIPT**<br>EVENT ACTION POSTPONED<br>EVENT REASON REPRESENTATION PROBLEM | GEMMA, JUDGE |
| 26-AUG-1996 | **MOTIONS**<br>EVENT ACTION DENIED<br>DOCKET NOTE TO BE PLACED IN MEDIUM | GEMMA, JUDGE |
| 09-SEP-1996 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION POSTPONED<br>EVENT REASON REPRESENTATION PROBLEM | DIMITRI, JUDGE |
| 16-SEP-1996 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED | DIMITRI, JUDGE |
| 02-APR-1997 | **APPEALED TO SUPREME COURT**<br>EVENT ACTION COMPLETED<br>EVENT REASON APPEAL PERFECTED<br>CASE TRANSMITTED TO SUPREME CT | |
| 14-JAN-1998 | **MOTION**<br>EVENT ACTION GRANTED<br>REMANDED TO THE ACI | PFEIFFER, JUDGE |
| 20-JAN-1998 | **RETURNED FROM SUPREME COURT**<br>EVENT ACTION COMPLETED<br>CASE REC'D FROM SUPREME COURT<br>DOCKET NOTE 1 TRANSCRIPT REC'D /DEFN APPEAL DENIED & DISMISSED<br>DOCKET NOTE TRANSCRIPT FILED IN BIN 56 | |
| 02-FEB-1998 | **ADVISEMENT SUPREME CT DECISION**<br>EVENT ACTION COMPLETED<br>DEFT ADVISED SUPREME CT DEC | PFEIFFER, JUDGE |
| 06-APR-1998 | **MOTION TO REDUCE SENTENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 21-APR-1998 | **MOTION TO REDUCE SENTENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENSE COUNSEL UNAVAILABLE | PFEIFFER, JUDGE |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 04-JUN-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL ON TRIAL OTH COURT | |
| 11-JUN-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 25-JUN-1998 | **MOTION TO REDUCE SENTENCE** | KEOUGH, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 02-JUL-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 09-JUL-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PROSECUTOR UNAVAILABLE | |
| 13-JUL-1998 | **MOTION TO REDUCE SENTENCE** | KEOUGH, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| 14-JUL-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 21-JUL-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL UNAVAILABLE | |
| | EVENT REASON Defense | |
| 28-JUL-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON STATE NOT READY | |
| | EVENT REASON State | |
| 30-JUL-1998 | **MOTION TO REDUCE SENTENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION DENIED | |
| 12-JAN-2000 | **MOTION FOR TRANSCRIPT** | CLIFTON, JUDGE |
| | GRANTED | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## Case Jackets

| Check Out Date | Returned Date | Person Name |
|---|---|---|
| 27-MAR-2002 | | SUPREME COURT |

**Reason:** TRANSFER TO SUPREME COURT

# Criminal Docket Sheet Report

P1-1994-1654AG

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 13-JAN-1994 | ORD FOR BAIL HEARING- - RULE 5A | Party Filing: STATE |
| 13-JAN-1994 | CASE INITIATION | |
| 27-MAY-1994 | INDICTMENT FILED | Party Filing: STATE |
| 09-JUN-1994 | ORDER FOR GRAND JURY TAPES | Party Filing: COURT |
| 15-JUN-1994 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: JOHN HARDIMAN |
| 15-JUN-1994 | NTC OF A.G. HABITUAL OFFENDER | Party Filing: STATE |
| 15-JUN-1994 | PRETRIAL CONFERENCE NOTICE | Party Filing: COURT |
| 16-JUN-1994 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 22-JUN-1994 | VICTIM/WITNESS NOTICE | Party Filing: STATE ; Note: (5) |
| 30-JUN-1994 | VICTIM/WITNESS RESPONSE | Party Filing: STATE |
| 07-JUL-1994 | MOTION TO COMPEL | Party Filing: DEFENSE |
| 15-JUL-1994 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 15-JUL-1994 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE |
| 01-AUG-1994 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 04-OCT-1994 | MOTION TO COMPEL | Party Filing: STATE |
| 11-OCT-1994 | ORDER ENTERED | Party Filing: COURT ; Note: DEFEN SHALL ANSWER STATE'S REQUEST W/IN 30 DAYS |
| 10-NOV-1994 | MOTION FOR CONTINUANCE | Party Filing: STATE |
| 03-JAN-1995 | MOT SUPPR ILLEGAL SEARCH/SEIZ | Party Filing: DEFENSE |
| 03-JAN-1995 | MOTION TO SUPPRESS | Party Filing: DEFENSE ; Note: PHOTOGRAPHIC DISPLAY |
| 03-JAN-1995 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 09-FEB-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 13-FEB-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 15-FEB-1995 | CERTIFICATE OF JUDGE | Party Filing: COURT |
| 15-FEB-1995 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 15-FEB-1995 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: HARDIMAN, JOHN J |
| 15-FEB-1995 | DISPOSITION PROSECUTOR | Prostr: IACOI |
| 22-MAR-1995 | PAYMENT RECEIPT NUMBER | |
| 30-MAR-1995 | ORDER ENTERED | Party Filing: COURT |
| 09-JUN-1995 | MOTION | Party Filing: STATE ; Note: INCREASE |
| 26-JUN-1995 | MOTION TO REDUCE SENTENCE | Party Filing: STATE |
| 26-JUL-1995 | LETTER FILED | Party Filing: COURT |
| 26-JUL-1995 | LETTER FILED | Party Filing: DEFENSE |
| 26-JUL-1995 | MOTION | Party Filing: DEFENSE ; Note: TO DISMISS COUNSEL OF RECORD |
| 26-JUL-1995 | NOTICE OF APPEAL SUPREME COURT | Party Filing: DEFENSE |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 16-AUG-1995 | MOTION | Party Filing: DEFENSE ; Note: TO STAY IN MEDIUM SECURITY |
| 05-SEP-1995 | ORDER ENTERED | Party Filing: COURT |
| 11-JUL-1996 | MOTION TO ASSIGN | Party Filing: DEFENSE |
| 18-SEP-1996 | ORDER FOR TRANSCRIPT | Party Filing: COURT |
| 20-SEP-1996 | MOTION FOR ENLARGEMENT TIME | Party Filing: DEFENSE |
| 16-OCT-1996 | MOT/OEN EXTEND TIME TRSMT RCDS | Party Filing: DEFENSE |
| 26-MAR-1997 | LTR,TRANSCRIPT SENT SUPREME CT | Party Filing: COURT ; Note: COMPLETED |
| 03-DEC-1997 | PET WRIT OF HABEAS CORPUS | Party Filing: DEFENSE |
| 01-APR-1998 | MOTION TO REDUCE SENTENCE | Party Filing: DEFENSE |
| 10-APR-1998 | ORD W/D EXHIBITS/TRANSCRIPTS | Party Filing: COURT ; Note: TO BE RETURNED ON OR BEFORE 6-30-98 |
| 16-JUL-1998 | OBJECTION FILED | Party Filing: STATE ; Note: TO DEFN MOTION TO REDUCE |
| 27-DEC-2000 | OBJECTION FILED | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 26-MAR-2001 | FILE REC'D FROM RECORD CENTER | |
| 12-JUN-2001 | FILE TRANSFERRED RECORD CENTER | |
| 14-NOV-2001 | APP POST CONVICTION RELIEF see PM-01-1302 | |
| 14-NOV-2001 | GRANTED | |
| 27-NOV-2001 | FILE REC'D FROM RECORD CENTER | |
| 28-NOV-2001 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 29-NOV-2001 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 20-DEC-2001 | FILE TRANSFERRED RECORD CENTER | |
| 04-FEB-2002 | FILE REC'D FROM RECORD CENTER | |
| 25-FEB-2002 | LTR,TRANSCRIPT SENT SUPREME CT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 26-MAR-2002 | APPEAL SUPREME COURT EVENT | |
| 26-MAR-2002 | APPEAL PERFECTED | |
| 26-MAR-2002 | CASE TRANSMITTED TO SUPREME CT | |

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island