UNITED STATES DISTRICT COU

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES R. MCKINNEY | : | |
| V. | : | CA. NO. 05-001S |
| ASHBEL T. WALL<br>STATE OF RHODE ISLAND | : | |

**WRITTEN OBJECTION TO**

**REPORT AND RECOMMENDATION OF**

**MAGISTRATE ALMOND**

Petitioner, James R. McKinney, does hereby object to the report and recommendation of Magistrate Almond dated 25 Mar. 2005 pursuant to 28 USCS § 2254 Rules, rule #8 section (b) paragraph (3).

**JURISDICTION**

This court enjoys full and complete jurisdiction in this action pursuant to 28 USCS § 636 (b)(1).

**ARGUMENT IN BRIEF**

Petitioner is addressing the R.I. Supreme Court's decision dated 2/4/04, that, is well within the one (1) year time limit of action, brought before this court on Jan. 1, 2005 and is not time barred and under 28 USCS § 2254 Rules, rule #9 (b) Succesive petion. This action is of new and different grounds as it was just now decided by the R.I. Supreme Court on 2/4/04, completely affer and different to any previous action before this court.

**TRAVEL OF THE CASE**

On or about 2/28/2001 petitioner did file for a sentence reduction/ post conviction relief that was addressed in the Providence Superior Court and granted by Justice Fortunado on 11/14/2001.

5

On or about 11/28/2001 the defendants counsel through the R.I. Attorney Generals office did file a petition for appeal of the ruling of Justice Fortunado for the sentence reduction.

On or about 2/4/04 the R.I. Supreme Court did reverse the decision of Justice Fortunado and in its published decision remanded the sentence as previously imposed.

On or about 1 Jan. 2004 the petitioner did file a 28 USCS § 2254 action against the decision of 2/4/04 and paid the $5.00 fee for this new and different action.

On or about 3/25/05 Magistrate Almond did overlook the actual action dates against the defendant from the clearly posted date of 2/4/04 in his report and recommendation.

On about 3/30/05 this petitioner is now objecting to said report and recommendation as erroneous as to the first part and is not moot as to the second part.

**ARGUMENT IN FULL**

**I. 1 YEAR LIMITATION OF ACTION**

Petitioner does show that such an erroneous report and recommendation is being clouded by the defense's purposfull misdirection of the actions actual date, which is, 2/4/04.

Petitioner does show in case exhibit #1 the copy of the actual R.I. Supreme Court's Decision date 2/4/04 , whichis, the petitioner's grievance before this court. Even if the action seems to come from a previous action as an extension, it is not.

Petitioner shows that in this case he has now as of 2/4/04 exhausted all state remedies in this particular aspect and is entitled to this challenge in the Federal Court.

## II. RULE #9

Petitioner as stated above is arguing the Constitutional Infringements and Rights lost from the defense's action of 2/4/04 against the petitioner. this issue was not and could not have been brought forward under a previous action as it did not occur until 2/4/04. (see exhibit #1)

As this is clearly a new issue that is only about the sentence, that, was changed after imposition by the sentencing court and where the R.I. Supreme Court over stepped its bounds it does violate the petitioner's Constitutional Rights in this decision of 2/4/04.

The judge has the responsibility to reject the Magistrate's report and recommendation and to recommit the matter to the Magistrate with instructions. In this case it is clear that 1 Jan. 2005 is not beyond the one (1) year limit of action of 2/4/04 and it is clearly a new issue that is only about his Constitutional Rights in the unlawfully changed sentence from the order of 2/4/04.

## RELIEF

**Wherefore,** the petitioner asks this court to reject the Magistrate's report and recommendation and continue the petitioner's § 2254 action in the interest of justice.

Respectfully Submitted,

3-30-05
Date

James R. McKinney
James R. McKinney Pro-Se
FL-38, P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATION

Petitioner, James R. McKinney, does hereby certify that one true copy of this motion was sent by First Class U.S. Mail to; Defense Counsel The R.I. Attorney Generals Office at 150 South Main Street Providence, R.I. 02903 on this the 30 day of MARCH 2005.

James R. McKinney
James R. McKinney