UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES R. MCKINNEY<br><br>Plaintiff,<br><br>v.<br><br>ASHBEL T. WALL and<br>STATE OF RHODE ISLAND<br><br>Defendants. | C.A. No. 05-01S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 25, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The State of Rhode Island's Motion to Dismiss is GRANTED and the Petition is DISMISSED with prejudice.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/13/05

6