AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES R. MCKINNEY

V.

ASHBEL T. WALL and
STATE OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-01S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF PURSUANT TO THIS COURT'S ORDER ENTERED ON APRIL 13, 2005 GRANTING THE STATE OF RHODE ISLAND'S MOTION TO DISMISS AND DISMISSING THE PETITION WITH PREJUDICE.**

April 14, 2005
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk

7