UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES R. MCKINNEY )
            )
        Plaintiff, )
            )
v.          )   C.A. No. 05-01S
            )
ASHBEL T. WALL and )
STATE OF RHODE ISLAND )
            )
        Defendants. )

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 5, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  Petitioner's Motion for Certificate of Appealability is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 7/21/05