UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES R. MCKINNEY

Plaintiff,

v. C.A. No. 05-01S

ASHBEL T. WALL and
STATE OF RHODE ISLAND

Defendants.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on July 5, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's Motion for Certificate of Appealability is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 7/21/05